LAW OFFICES OF RAHUL WANCHOO
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NIMEX PETROLEUM LIMITED

               Plaintiff,

        - against -

RAF RAF SHIPPING INC., and
UNION SEA GROUP LTD.

              Defendants.

-------------------------------------------------------------X

ECF CASE

08 Civ. 7002 (SAS)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NIMEX PETROLEUM LIMITED represents to this Honorable Court that said Plaintiff has no U.S. corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       August 5, 2008

                                      **LAW OFFICES OF RAHUL WANCHOO**
                                      Attorneys for Plaintiff
                                      NIMEX PETROLEUM LIMITED

                                      By: _/s/ Rahul Wanchoo_
                                          Rahul Wanchoo (RW-8725)