**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Phone: (646) 593-8866
Fax:    (212) 618-0213
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NIMEX PETROLEUM LIMITED

               Plaintiff,

- against -

RAF RAF SHIPPING INC., and
UNION SEA GROUP LTD.

               Defendants.

------------------------------------------------------------X

ECF CASE

08 CV 7002 (SAS)

**AFFIDAVIT IN SUPPORT
OF ORDER APPOINTING
PERSONS TO SERVE PROCESS**

STATE OF NEW JERSEY    )
                                 ) ss:
COUNTY OF BERGEN       )

RAHUL WANCHOO, being duly sworn, deposes and says:

I am a member of the firm of Law Offices of Rahul Wanchoo, attorneys for Plaintiff. It is respectfully requested that the foregoing Order appointing Christopher Bogle and/or any other person appointed by Law Offices of Rahul Wanchoo, who are persons over the age of 18 years and not parties to this action, be signed. The appointment is deemed advisable in order to

facilitate service because of the shortage of deputy marshals available to make such service expeditiously. No previous application has been made for the relief sought.

*Rahul Wanchoo*
RAHUL WANCHOO

Sworn to and subscribed to before me this 5th August, 2008

*Lila Chin*
Notary Public

LILA CHIN
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 18, 2012