UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIMEX PETROLEUM LIMITED <br><br> Plaintiff, <br><br> -against- <br><br> RAF RAF SHIPPING INC., and UNION SEA GROUP LTD. <br><br> Defendants. | 08 Civ. 7002 (SAS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08

### ORDER DIRECTING UBS AG TO PAY
### ATTACHED FUNDS INTO THE REGISTRY OF THE DISTRICT COURT

UBS AG ("UBS"), a garnishee of assets of defendant Union Sea Group Ltd., pursuant to a maritime writ of attachment issued in the above-captioned maritime action, having applied for an order directing UBS to pay the funds attached in the amount of $3,680.00 (the "Attached Funds") into the registry of the Court, and good cause having been shown for such an order,

**IT IS HEREBY ORDERED** that, pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, UBS shall pay the Attached Funds into the registry of the Court, and UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds into the registry of the Court.

DONE this ___ day of August, 2008

Hon. Shira A. Scheindlin
United States District Judge

# MILLER & WRUBEL P.C.

### ATTORNEYS

250 PARK AVENUE

NEW YORK, NEW YORK 10177-0699

(212) 336-3500

WRITER'S DIRECT NUMBER

(212) 336-3504
E-mail
cjacob@mw-law.com

FACSIMILE
(212) 336-3555

August 27, 2008

**BY HAND**

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:  *Nimex Petroleum Limited v. RAF RAF Shipping Inc., and Union Sea Group Ltd., No. 08-Civ-7002 (SAS)*

Dear Judge Scheindlin:

We represent UBS AG ("UBS"), a garnishee that has been served with process of maritime attachment and garnishment pursuant to Supplemental Rule B, in this action. Funds of defendant Union Sea Group Ltd. at UBS, in the amount of $3,680.00, have been attached.

Pursuant to Rule B(3)(a) of the Supplemental Rules, UBS may deposit the attached funds into the registry of this Court. To facilitate this deposit with the Clerk, UBS requests that the Court enter the enclosed Order. (An original of the Order has been submitted to the Orders and Judgments Clerk.)

Plaintiff's counsel has informed us that plaintiff does not oppose entry of this Order. Defendants have not appeared in this action.

Respectfully submitted,

Charles R. Jacob III

cc:  Rahul Wanchoo, Esq.
rwanchoo@wanchoolaw.com
(Counsel for Plaintiff – by e-mail w/o encl.)